AO 458 (Rev. 10/95) Appearance

# United States District Court

## *District of Rhode Island*

Gateway to Change

APPEARANCE

v. Kathleen Spangler et al

CASE NUMBER: CA 05 – 120 ML

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Department of Mental Health, Retardation and Hospitals

I certify that I am admitted to practice in this court.

4/27/05
*Date*

[signature]
*Signature*

Assistant Director,

Jane Morgan
*Print Name*

4024
*Bar Number*

MHRH Legal Counsel
14 Harrington Rd
*Address*

Cranston
*City*

RI
*State*

02920
*Zip Code*

401.462.6014
*Phone Number*

401.462.2330
*Fax Number*

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.

4