**THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

GATEWAYS TO CHANGE, INC.

v. C.A. No. 05-120ML

KATHLEEN SPANGLER, IN HER CAPACITY AS DIRECTOR OF THE RI DEPARTMENT OF MENTAL HEALTH, RETARDATION & HOSPITALS; AND THROUGH HER THE RI DEPARTMENT OF MENTAL HEALTH, RETARDATION & HOSPITALS

**DEFENDANT'S RULE 12.1 STATEMENT OF UNDISPUTED FACTS**

NOW COME Defendant and hereby submit the within Statement of Undisputed Facts in Support of its Motion for Summary Judgment and in accordance with Rule 12.1 of the R.I. District Court Local Rules.

1. Plaintiff, Gateways to Change, Inc., is a private non-profit corporation licensed by MHRH to provide services to adults with developmental disabilities.
2. In 2004, MHRH began receiving a series of incident reports involving plaintiff's services that resulted in a formal investigation or Quality Assurance inquiry.
3. During 2004, in addition to receiving the most reportable incidents, MHRH received more than double the number of *serious* reportable complaints than any of the nine (9) other service providers who provide services similar in scope to plaintiff.
4. MHRH representatives met with plaintiff's counsel to discuss the appropriate course of action. Rather than pursue an immediate license revocation hearing (which could interfere with the services provided to plaintiff's clients), MHRH offered plaintiff's counsel a Show Cause hearing and monitoring procedure.



6

5. With the assistance of plaintiff's counsel, a Show Cause Notice was prepared instructing plaintiff to take certain actions to bring their organization into compliance with the Rules and Regulations and demonstrate such compliance by a certain date.
6. Upon receipt of the Notice of Show Cause, plaintiff began to comply with its requirements by hiring an outside monitor and submitting a compliance plan that was approved by MHRH.
7. Plaintiff also subsequently filed a Notice of Appeal from the Show Cause Notice in accordance with the MHRH's review procedures.
8. A hearing officer was thereafter appointed to address plaintiff's appeal from the Show Cause notice.
9. The appeal from the Show Cause Notice is currently pending.

Defendant,
By its attorney,

Marc DeSisto (KMS)

Marc DeSisto, Esq. #2757
DESISTO LAW
211 Angell Street
Providence, RI 02906
(401) 272-4442
Fax: 272-9937
E-Mail: marc@desistolaw.com

**CERTIFICATION OF SERVICE**

I hereby certify that a true copy of the within was mailed, postage prepaid on this 27st day of May 2005 to:

Kathleen McDaniels

Gary R. St. Peter, Esq.
St. Peter & Kasle
Four Richmond Square
Providence, RI 09203

Richard G. Galli, Esq.
224 Cindyann Drive
East Greenwich, RI 02818