UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

**GATEWAYS TO CHANGE, INC.**

**VS.** **C. A. NO. 05 - 120 ML**

**KATHLEEN SPANGLER, ETC**

**MOTION TO ENLARGE AND TO TAKE DISCOVERY**

Plaintiff Gateways to Change requests that the time within which it must respond to the Motion for Summary Judgment recently filed by Defendants be enlarged up to and including July 8, 2005.

We also request that prior to filing our response we be permitted to take discovery of the Defendants by means of a Rule 30(b)(6) deposition.

This Motion is supported by the Memorandum supplied herewith.

**Gateways to Change, Inc.,** by its Attorneys

**Richard G. Galli, Esq.** 1747
*Designated Trial Counsel*
*Of counsel* to St. Peter & Kasle Incorporated
Four Richmond Square
Providence, RI 02906
Phone 401 4534330 / Fax 453 4333

**Gary R. St. Peter, Esq.** 1672
St. Peter & Kasle Incorporated
Four Richmond Square
Providence, RI 02906
Phone 401 4534330 / Fax 453 4333

**Certification**

I certify that a copy of this Motion and Memorandum were served by first class mail / hand delivery / fax upon Marc DeSisto, Esq., 211 Angell Street, Providence, RI 02906 and by first class mail / hand delivery / fax upon Jane Morgan, Esq., 14 Harrington Road, Barry Hall 2, Cranston, RI 02920 on this 3rd day of June, 2005.

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

**GATEWAYS TO CHANGE, INC.**

**VS.** **C. A. NO. 05 - 120 ML**

**KATHLEEN SPANGLER, ETC**

**MEMORANDUM SUPPORTING**
**MOTION TO ENLARGE AND TO TAKE DISCOVERY**

This is an action originally filed in the Superior Court, and removed by the Defendants to the US District Court. During a Rule 16 conference in April, discovery was stayed at the suggestion of the Court, with the expectation that MHRH's counsel would file a dispositive motion relating to the Constitutional claims (that were the basis for the removal).

At the conference, the Court questioned – without deciding – whether complete relief to Plaintiff (hereafter Gateways) would be available under Rhode Island law, without implicating Constitution claims.

At the conference, the Court advised counsel, in effect, that the Motion for Summary Judgment should be filed within approximately 30 days; that "merits" discovery should be postponed until disposition of the Motion; but that Gateways would be permitted to request permission to take discovery of issues implicated by the Motion when it was filed.

What we have before us now is a Motion for Summary Judgment that goes beyond a technical defense to the facial application of federal Constitutional claims. The Motion requests Judgment on Counts III, IV and V of the Complaint – not just the federal claims but the state claims as well.

More important at this stage: both in the supporting memorandum and in a "Statement of Undisputed Facts" the Defendants have made many assertions of fact that are utterly new to us,

are based on facts or data to which we have never been given access; in some cases appear to be questionable analysis of uncorroborated statistics; and in some cases simply don't make sense.

Since the Defendants have not only elected to include factual assertions in their papers, but have gone the additional step of asserting them to be "undisputed" – *and they certainly are disputed* -- it seems only fair that we be given an opportunity to discover what the "facts" are.

We have requested an enlargement that is reasonable in duration; and we have taken up the Court's offer to request discovery in a most reasonable manner. We seek permission to take a 30(b)(6) deposition, which is a simple and efficient discovery method, and gives the Defense the right (and obligation) to designate its most appropriate witness(es).

We hope that the Court will grant our request.

**Gateways to Change, Inc.,** by its Attorneys

**Richard G. Galli, Esq.** 1747
*Designated Trial Counsel*
*Of counsel* to St. Peter & Kasle Incorporated
Four Richmond Square
Providence, RI 02906
Phone 401 4534330 / Fax 453 4333

**Gary R. St. Peter, Esq.** 1672
St. Peter & Kasle Incorporated
Four Richmond Square
Providence, RI 02906
Phone 401 4534330 / Fax 453 4333

**Certification**

I certify that a copy of this Motion and Memorandum were served by first class mail / hand delivery / fax upon Marc DeSisto, Esq., 211 Angell Street, Providence, RI 02906 and by first class mail / hand delivery / fax upon Jane Morgan, Esq., 14 Harrington Road, Barry Hall 2, Cranston, RI 02920 on this 3d day of June, 2005.