FILED
JUN 06 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

**GATEWAYS TO CHANGE, INC.**

**VS.** **C. A. NO. 05 - 120 ML**

**KATHLEEN SPANGLER, ETC**

**MOTION TO ENLARGE AND TO TAKE DISCOVERY**

Plaintiff Gateways to Change requests that the time within which it must respond to the Motion for Summary Judgment recently filed by Defendants be enlarged up to and including July 8, 2005.

We also request that prior to filing our response we be permitted to take discovery of the Defendants by means of a Rule 30(b)(6) deposition.

This Motion is supported by the Memorandum supplied herewith.

**Gateways to Change, Inc.,** by its Attorneys

[signature]

**Richard G. Galli, Esq.** 1747
*Designated Trial Counsel*
*Of counsel* to St. Peter & Kasle Incorporated
Four Richmond Square
Providence, RI 02906
Phone 401 4534330 / Fax 453 4333

**Gary R. St. Peter, Esq.** 1672
St. Peter & Kasle Incorporated
Four Richmond Square
Providence, RI 02906
Phone 401 4534330 / Fax 453 4333

**Certification**

I certify that a copy of this Motion and Memorandum were served by first class mail / hand delivery / fax upon Marc DeSisto, Esq., 211 Angell Street, Providence, RI 02906 and by first class mail / hand delivery / fax upon Jane Morgan, Esq., 14 Harrington Road, Barry Hall 2, Cranston, RI 02920 on this 3d day of June, 2005.

[signature]

Plaintiff's Motion to Enlarge time to respond to the Motion for Summary Judgment is Granted. Plaintiff's Motion to take Discovery is DENIED. Mary M. Lisi USDJ 6/7/05