UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

GATEWAYS TO CHANGE, INC.

VS. C. A. NO. 05 - 120 ML

KATHLEEN SPANGLER, ETC

## GATEWAYS' STATEMENT OF GENUINE ISSUES

Pursuant to Local Rule 12.1, we contend that the following constitute material facts, put into issue by Defendants' Motion for Summary Judgment,[1] that are necessary to be litigated:

1. Whether Gateways is similarly situated with respect to providers who hold licenses issued by MHRH to perform supports within the Division of Developmental Disabilities.
2. Whether Gateways has been treated differently than other providers who hold licenses issued by MHRH to perform supports within the Division of Developmental Disabilities.
3. Whether the unverified statistical data referenced by MHRH in its motion and statement of undisputed fact are accurate, fairly generated and fairly interpreted.
4. Whether MHRH has unfairly, disproportionately and discriminatorily subjected Gateways to intentionally excessive and burdensome visits, inspections and interruptions on the part of MHRH licensing and quality assurance staff.
5. Whether this treatment of Gateways amounts to discriminatory animus or a bad faith intent to injure.
6. Whether MHRH has complied with its RULES GOVERNING PRACTICE AND PROCEDURE in managing the "Notice of Show Cause Hearing."
7. Whether MHRH has provided any <u>other</u> rules, procedures or standards that apply to the "Notice of Show Cause Hearing" process.

---

[1] The Motion for Summary Judgment did not attack the whole case. Our Statement is limited to those factual issues which have been raised by the Defendants as part of the instant motion.

8. Whether Gateways' counsel did, as MHRH suggests, provide "assistance" in the preparation of the "Notice of Show Cause Hearing."
9. Whether a "Notice of Show Cause Hearing" has ever been issued to any provider other than Gateways.
10. Whether the acting Director of MHRH has said that an outcome from the Notice of Show Cause Hearing might be sanctions against Gateways and/or removal of its license(s).
11. Whether the Governor has said that an outcome from the litigation against Gateways might be sanctions against Gateways and/or removal of its license(s).

**Gateways to Change, Inc.,** by its Attorneys

**Richard G. Galli, Esq.** 1747
*Designated Trial Counsel*
*Of counsel* to St. Peter & Kasle Incorporated
Four Richmond Square
Providence, RI 02906
Phone 401 4534330 / Fax 453 4333

**Gary R. St. Peter, Esq.** 1672

St. Peter & Kasle Incorporated
Four Richmond Square
Providence, RI 02906
Phone 401 4534330 / Fax 453 4333