AO 458 (Rev. 10/95) Appearance

# United States District Court
## *District of Rhode Island*

Gateways to Change

v.

Kathleen Spangler, et al.

APPEARANCE

CASE NUMBER: 05 - 120 ML

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendants, Kathleen Spangler, in her capacity as Director of the RI Dept. of MHR & Hospitals & through her the RI Dept. of Mental, R & H

I certify that I am admitted to practice in this court.

8/18/05
*Date*

Kathleen McDaniels
*Signature*


Kathleen McDaniels — 4766
*Print Name* — *Bar Number*

DeSisto Law
211 Angell St
*Address*

Providence — RI — 02906
*City* — *State* — *Zip Code*

272-4442 — 272-9937
*Phone Number* — *Fax Number*


This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.