UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

# CLERK'S MINUTES

**CASE NUMBER: CA 05-120ML** **DATE: August 18, 2005**

**TITLE: Gateways to Change v. Kathleen Spangler & RI Dept of Mental Health, Retardation & Hospitals**

**U.S. DISTRICT COURT JUDGE MARY M. LISI**

**COURTROOM CLERK: John Duhamel**
**COURT REPORTER: Karen Zinni**

IN COURT

---

**COUNSEL PRESENT: Richard G. Galli (for pltf)**
**Kathleen M. Daniels; Jane Morgan (for defts)**

**Proceedings: Deft RIDMHRH's M/Summary Judgment**

**All counsel address deft's motion. With agreement of counsel, the Court will issue an order granting deft's M/Summary Judgment (as to state & federal claims), with prejudice as to the "taking" and "due process" claims, and without prejudice as to the "equal protection" claim. The pltf agrees to refrain from refiling until the administrative process is completed. Statute of Limitations is tolled by agreement of the parties.**