# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

**GATEWAYS TO CHANGE, INC.**

**v.** **C.A. 05-120ML**

**KATHLEEN SPANGLER, in her capacity as Director of THE RHODE ISLAND DEPARTMENT OF MENTAL HEALTH, RETARDATION & HOSPITALS, and through her, THE RHODE ISLAND DEPARTMENT OF MENTAL HEALTH, RETARDATION & HOSPITALS**

## JUDGMENT

[ ] Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered it's verdict.

[ X ] Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED:**

**Judgment is hereby entered for the defendants, Kathleen Spangler, in her capacity as Director of the Rhode Island Department of Mental Health, Retardation & Hospitals, and through her, The Rhode Island Department of Mental Health, Retardation & Hospitals, against the plaintiff, Gateways to Change, Inc., pursuant to the Order of this date GRANTING the defendants' Motion for Summary Judgment.**

**Enter:**

Barbara Barletta

**Deputy Clerk**

**DATED: August 18, 2005**