**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**GATEWAYS TO CHANGE, INC.**

**V.** **CA. 05-120ML**

**KATHLEEN SPANGLER, et al**

**ORDER**

**The Judgment entered by the clerk on August 18, 2005 is hereby VACATED.**

**SO ORDERED:**

Mary M. Lisi

**Mary M. Lisi**
**United States District Judge**
**August 22 , 2005**

**ENTERED as an Order of this Court on August 22 ,2005.**

Barbara Barletta

**Deputy Clerk**