RECEIVED
SEP 01 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

GATEWAYS TO CHANGE, INC.,

*Plaintiff,*

vs.

KATHLEEN SPANGLER, ETC.,

*Defendant.*

C.A. No.: 05-120 ML

**STIPULATION**

The parties hereby agree that judgment shall enter for the Defendant on Counts III, IV, and V and that Counts I and II may be remanded to the Rhode Island Superior Court.

Counsel for Plaintiff,

Richard G. Galli, Esq. (#1747)
*Designated Trial Counsel*
*Of counsel* to St. Peter & Kasle Inc.
4 Richmond Square
Providence, RI 02906
Phone: (401) 453-4330
Fax: (401) 453-4333
Email: richard@gallilaw.com

Date: 8/31/2005

Counsel for Defendant,

Marc DeSisto, Esq. (#2757)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
Phone: (401) 272-4442
Fax: (401) 272-9937
Email: marc@desistolaw.com

Date: 9/1/05

Enter:
Mary M. Lisi
USDJ 9/6/05